IN THE UNITED STATES DISTRICT COURT
Western District of Virginia

CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE, VA
FILED
DEC 3 0 2024
LAURA A. AUSTIN, CLERK
BY: M. Poff
DEPUTY CLERK

Cullen
District Judge
(Assigned by Clerk's Office)

Hoppe
Mag. Referral Judge
(Assigned by Clerk's Office)

CIVIL ACTION NO. 7:24cv00910
(Assigned by Clerk's Office)

For use by Inmates filing a Complaint under

CIVIL RIGHTS ACT, 42 U.S.C. §1983 or BIVENS v. SIX UNKNOWN NAMED AGENTS OF FED. BUREAU OF NARCOTICS, 403 U.S. 388 (1971)

Me'Shawn Crocker                        1441347
Plaintiff Name                          Inmate No.

v.

Major Hall 10800 Jack Rose Highway, Pound, VA 24279 ROSP
Defendant Name & Address

Lt. Jones 10800 Jack Rose Highway, Pound, VA 24279 ROSP
Defendant Name & Address

Lt. Fleming 10800 Jack Rose Highway, Pound, VA 24279 ROSP
Defendant Name & Address

Officer Mays 10800 Jack Rose Highway, Pound, VA 24279 ROSP
Defendant Name & Address

Officer Potter 10800 Jack Rose Highway, Pound, VA 24279 ROSP
Defendant Name & Address

_____
Defendant Name & Address

_____
Defendant Name & Address

**IF YOU NEED TO ADD MORE DEFENDANTS, USE A SEPARATE SHEET OF PAPER, AND PUT NAME AND ADDRESS FOR EACH NAMED DEFENDANT.
TITLE THE SECOND PAGE "CONTINUED NAMED DEFENDANTS"**

A. <u>Where are you now?</u> Name *and* Address of Facility:

Red Onion State Prison 10800 Jack Rose Highway, Pound Virginia 24279

B. Where did this action take place?

Red Onion State Prison

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

_____ Yes      ✓ No

If your answer to A is Yes, answer the following:

1. Court: _____

2. Case Number: _____

D. Have you filed any grievances regarding the facts of this complaint?

✓ Yes      _____ No

1. If your answer is Yes, indicate the result:

Nothing has been done about these sexual abuses. Nothing has been done about physical abuse or excessive force.

2. If your answer is No, indicate why:

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes. If necessary, you may attach additional page(s). Please write legibly.**

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

Due to a female officer in the booth I covered my window to have a bowel movement. While using the restroom officer potter opened my slot and said "let me see that dick", then closed my slot laughing walking away.

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:
(Additional Supporting Facts may be placed on a separate paper titled ADDITIONAL SUPPORTING FACTS)

While being placed on suicide watch, I for sure know I was sexually abused by Officer Mays, while being strip searched he required me to touch myself, by lifting my penis, and testicles.

Claims Continued:

**Claim #1:** This occurred 8·6·2024 at 4:18 pm. Since then I have not felt secure in using the restroom. Officer Potter also failed to abide by staff policy and procedure. I have been placed on multiple strip cells and suicide watches due to this voyeurism and sexual harassment. This was caught on the pod camera. Per Operating Procedure 038.3 PREA

**Claim #2** When I refused telling him operating procedure 038.3 says that what he is asking me to do is sexual abuse, he threatend me with physical abuse. When I complied and I was deemed to not be a threat by officer Mays, I was handcuffed, shackled and pulled or brought out my cell. When being placed back into the cell, staff told mays I had two pair of underware on. Instead of taking the shackles off to remove the second pair, which he had to take shackles off anyway, the whole reason I was in kneeling position. He groped my lower body and tore the underway from my body, while I held down, noncombative, and virtually defenseless since fighting back would make Lt. Jones and the rest of the staff physically harm me. After tearing them off my body, he then removed the shackles grinding them on my ankles, placed them back on, then removed them again. I was forcibly held in place by staff the whole entire time. He sexually abused, "Raped", sexually assaulted, and physically abused me. All on camera. While staff watched. They refuse to give me the date and time of the incident. Per Operating Procedure 038.3 PREA All ON CAMERA. This makes me afraid to ask for mental help.

**Claim #3** While being placed on suicide watched. I was strip searched and asserted to not be any physical threat by staff. I was then handcuffed, shackled, and removed from the cell wearing only my boxers. While standing there a officer on each arm, I noticed Lt. Fleming staring down. When I looked my penis was exposed. When he saw I noticed he turned sideways so his body camera could no longer see me. When I tried to fix this malfunction he then screamed "Stop Resisting" and physically assaulted me. Neither officer holding me felt I was a threat because they saw what I was trying to correct. He was the only one and physically assaulted me causing the other staff to pile on top of my small frame. This is the second time I voiced needing mental help and being abused by staff for doing so.

→

I am more than afraid to ask for mental health services. This incident was caught on body camera, and pod camera. Staff refuses to give me the exact date.

**Claim #4** On 12/9/2024, Major Hall and myself had a dispute while I.C.A's where being conducted. During this dispute he told me, threatening to get staff on me. When they arrived they said I needed to be strip searched. After taking off my clothes the officer at my door told me to grab my penis, lift it, and my testicles. Walk away from the door and walk back. I refused stating so Lt. Jones' body camera can hear me that what he was doing and asking me to do was a violation of the Prison Rape Elimination Act. With both hands on my head, nude, standing at my, I asked Lt. Jones to approach the window, this can be heard on body camera, he refused. He threatend to spray me if I didn't touch myself, when I refused again he had my door opened and sprayed me with mase assaulting me with this chemical agent. I fear for my life and safety.

F.  State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

*Declatory Relief 1,000 yard restraining order, Monetary relief $5,000,000. Compensatory Relief $5,000,000, Emotional Distress $10,000,000. Emotional Trauma Counseling*

G.  If this case goes to trial, do you request a trial by jury?   Yes ✓   No ___

H.  If I am released or transferred, I understand it is my responsibility to immediately notify the court in writing of any change of address *after* I have been released or transferred or my case may be dismissed.

DATED: 12·11·24    SIGNATURE: *Me'Shaun Crocker 1441347*

VERIFICATION:
I, *Me'Shaun Crocker*, state that I am the plaintiff in this action, and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertations are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct,

DATED: 12/18/2024    SIGNATURE: *Me'Shaun Crocker 1441347*

Updated 5/2024

MESHAUN CROCKER 1444134
RED ONION STATE PRISON
10800 JACK ROSE HIGHWAY
Pound, Virginia 24279

VA DEPTARTMENT OF CORRECTIONS
HAS NEITHER CENSORED OR INSPECTED
ITEM THEREFORE THE DEPARTMENT DOES
NOT ASSUME ANY RESPONSIBILITY
FOR IT'S CONTENTS



RECEIVED
DATE
DEC 23 2024
MAILROOM

CERTIFIED MAIL
9589 0710 5270 2175 6778 62

Clerk, U.S. District Court
210 Franklin Road
Suite 540
Roanoke, VA 24011-2208

RECEIVED
DEC 30 2024
USDC Clerk's Office
Mail Room

US POSTAGE PITNEY BOWES
ZIP 24279 $ 007.16
02 4W
0000366944 DEC 23 2024

B420 Crocker