**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Roanoke Division**

ME'SHAUN CROCKER,

Plaintiff,

v. CIVIL ACTION NO. 7:24cv910

MAJOR HALL, *et al.*,

Defendants.

**MOTION FOR SUMMARY JUDGMENT**

Defendants J. Hall, J. Jones, J. Fleming, J. Mays, and R. Potter, by counsel, hereby submit this Motion for Summary Judgment. For the reasons more fully set forth in the accompanying memorandum, Defendants respectfully request that the Court grant this Motion and dismiss all claims asserted against them in this action.

Respectfully submitted,

J. HALL, J. JONES, J. FLEMING, J. MAYS, AND R. POTTER

By: /s/ Timothy E. Davis

Timothy E. Davis, VSB #87448
Assistant Attorney General
Office of the Attorney General
Criminal Justice & Public Safety Division
202 North 9th Street
Richmond, Virginia 23219
(804) 225-4226
(804) 786-4239 (Fax)
Email: tdavis@oag.state.va.us

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of January, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following: N/A; and

I hereby certify that on the 23rd day of January, 2026, the document will be mailed, postage prepaid, to the following non-filing user[1]:

VDOC Centralized Mail Distribution Center
Me'Shaun Crocker, #1441347
3521 Woods Way
State Farm, VA 23160

/s/ Timothy E. Davis
Timothy E. Davis, VSB #87448
Assistant Attorney General

[1] Due to the time of filing, Counsel is unable to mail a copy of this pleading to the Plaintiff at this time. The Plaintiff's copy of this pleading will therefore be mailed to him on the next business day.