**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Roanoke Division**

ME'SHAUN CROCKER,

Plaintiff,

v. Civil Action No.: 7:24cv910

MAJOR HALL, et. al.,

Defendant.

**DECLARATION**

Pursuant to 28 U.S.C. § 1746, I, R. POTTER, state as follows:

1. I was a correctional officer at Red Onion State Prison ("ROSP"), a Virginia Department of Corrections ("VDOC") facility at the time of the allegations.

2. The information contained in this declaration is based on personal knowledge and records maintained in the regular and ordinary course of business.

3. I am generally aware that inmate Me'Shaun Crocker #1441347, has filed a lawsuit wherein she claims that on August 6, 2024, I sexually harassed her.

4. On August 6, 2024, I observed that Crocker's cell window was covered. I opened the slider of Crocker's tray slot to view inside, and Crocker told me I could not open the tray slot while the window was covered due to privacy.

5. I, along with other ROSP staff, had an ongoing issue with Crocker covering her cell window and demanding to be transferred from ROSP. Inmates are not permitted to cover their cell windows at any time because security staff need to be able to view inside of their cells to confirm their well-being and ensure that they are not engaging in misconduct.

6. I conduct myself professionally at all times and treat all inmates fairly and consistently, as is required of all staff at ROSP. At no point did I make any sexual comments to Crocker. I looked inside of Crocker's cell only as part of my job duties and not for any other purpose.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct.

R. POTTER

DATE