**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Roanoke Division**

ME'SHAUN CROCKER,

Plaintiff,

v. Civil Action No.: 7:24cv910

MAJOR HALL, et. al.,

Defendant.

# DECLARATION

Pursuant to 28 U.S.C. § 1746, I, J. FLEMING, state as follows:

1. I am a Lieutenant at Red Onion State Prison ("ROSP"), a Virginia Department of Corrections ("VDOC") facility.

2. The information contained in this declaration is based on personal knowledge and records maintained in the regular and ordinary course of business.

3. I am generally aware that inmate Me'Shaun Crocker #1441347, has filed a lawsuit wherein she claims that I used excessive force against her.

4. On September 17, 2024, I went to Crocker's cell in the A-4 housing unit. When I arrived, officers were attempting to get Crocker to uncover her cell window and perform a strip search so that she could be placed on strip cell status. When I arrived I spoke with Crocker, who eventually complied with orders to perform the strip search.

5. After Crocker complied with the strip search, officers restrained her and removed her from her cell. Crocker stood outside the cell with officers positioned on each of her shoulders. Crocker made several sudden movements, despite being told by officers to stop resisting. The officers then brought Crocker to the ground in order to regain control. Crocker was

rolled over onto her side. Once the situation was under control, Crocker was stood up and brought back into her cell.

6. Medical was called to Crocker's cell to assess her after the use of force. Crocker refused the assessment. A copy of the Inmate Accident Injury Report form completed by medical staff is attached as Enclosure A.

7. This incident was documented in an Incident Report and Internal Incident Reports, which are collectively attached as Enclosure B.

8. The incident was also captured on the body-worn cameras worn by Officer N. Mullins and Lt. D. Meade. Officer Mullins' and Lt. Meade's body-worn camera footage is attached as Enclosures C and D, respectively.

9. I did not use force on Crocker at any time during this incident. I was present throughout the incident and did not observe any officer use a level of force that appeared to be excessive. Because of Crocker's disruptive behavior, officers used the least force necessary to bring her under control, then took her off the ground and back into her cell once control had been re-established.

10. I have no recollection of Crocker's genitals coming uncovered during this incident. I always conduct myself professionally and did not make any sexual comments to Crocker or stare at him in a sexual manner.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct.

[signature] 1·22·26

J. FLEMING DATE

ADULT INSTITUTIONAL SERVICES
Inmate Accident Injury Report Form

IR Report #
(Cross Reference)

24-987
AIR Report #

Institution/Unit ROSP

Date 9-17-24

Inmate Name Crocker

Number 144

Date of Accident Injury 9-17-24

Time approx 4:20 A.M. P.M. (circled: P.M.)

Location A 418

Description of Accident Injury Called to assess inmate after use of force

Accident Injury in performance of duties? Yes ☐ No ☑

Treatment rendered N/A Inmate refused assessment

X-Ray? Yes ☐ No ☑ Sutures? Yes ☐ No ☑ Medication? Yes ☐ No ☑

Type of Medication N/A

Hospitalized? Yes ☐ No ☑ Condition?

Name Location of hospital N/A

Attended by Physician ☐ Nurse ☒ Para-medic ☐ Other ☐

Post treatment required Follow up with medical as needed

Witness(es) to accident injury

Print Name & Title Signature

Print Name & Title Signature

For additional information/comments remarks please use other side of form

Report completed by A Charles RN / W Adams RN (Print Name & Title) [signature] (Signature) 9-17-24 (Date)

Send copy to

CC: Watch Commander

**ENCLOSURE A**

Virginia Department of Corrections

# Incident Report

DOC Location: ROSP Red Onion State Prison
Report generated by McCowan, P R
Report run on 09/24/2024 at 08:10 AM

| Incident Number: | Date/Time of Incident: | DOC Location: |
|---|---|---|
| ROSP-2024-00457 | September 17, 2024 @ 04:00 PM | Red Onion State Prison |

| | | | |
|---|---|---|---|
| **Offenders Involved:** | **1441347** | **Crocker, Meshaun S** | **A-4-418-B** |

| | | |
|---|---|---|
| **Staff Involved:** | **Charles, [redacted]** | |
| | **Meade, [redacted]** | **Lieutenant** |
| | **Mullins, [redacted]** | **Corrections Officer** |
| | **Phillips, [redacted]** | **Corrections Officer** |
| | **Smallwood, [redacted]** | |

| | | | |
|---|---|---|---|
| **Visitors Involved:** | | **Others Involved:** | |
| **Type of Incident:** | Body Camera Used | **Reference attached IIRs:** | IIR-ROSP-2024-004398 |
| | Use of Force | | IIR-ROSP-2024-004410 |
| | | | IIR-ROSP-2024-004411 |
| | | | IIR-ROSP-2024-004412 |
| **Use of Force:** | Physical | **Date Applied:** | **Date Out:** |
| **Use of Restraints:** | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Location of Incident:** | Cell | | | | |
| **Weapon Used:** | No | **Type of Weapon:** | | | |
| **Gang Related:** | No | **PREA:** | No | **Videotaped:** | AXON Body Cam #ROSP SUP 12 |

**Description of Incident:**

Synopsis:
On Tuesday, September 17, 2024, at approximately 4:00pm, inmate M. Crocker #1441347, housed in A-418 covered their cell door window and refused all orders given to uncover. After dialoguing with inmate, inmate was removed from cell to be placed on strip cell. While in the process of being placed on strip cell, inmate Crocker became combative and staff placed inmate on the floor with the least amount of force necessary to regain and maintain control. Once staff regain control, inmate complied with orders and was placed back in assigned cell, on strip cell, without further incident. Inmate was offered medical assessment. No staff injuries were reported.

Narrative:
On Tuesday September 17th, 2024, at approximately 4:00 pm, Lieutenant D. Meade had activated his AXON Body Cam #ROSP SUP 12, and entered A-4 pod to conduct his security round. Upon arriving at cell A-418 where inmate Meshaun Crocker #1441347 is housed, the cell door window was covered. Lieutenant Meade gave inmate Crocker several orders to uncover the cell door window, which he refused to comply with. Eventually the inmate complied with orders to uncover his window, complete a strip search procedure, so he could be removed from the cell, and the cell searched.
While the inmate was being restrained, he continued to be verbally, and physically disruptive. Officer Smallwood, and Lieutenant Meade removed inmate Crocker from the cell, at which point Lieutenant Meade was relieved by Officer T. Mullins. Inmate Crocker aggressively turned towards staff, at which time he was placed on the ground using the least amount of force necessary to maintain control of the inmate. Lieutenant Meade, helped maintain control of his legs, and gave instructions to staff to place the inmate in the recovery position. Inmate Crocker was then brought to his feet, by Lieutenant Meade, and Officer Mullins, then placed back in his cell without further incident.
Inmate Crocker was assessed by medical, Nurse Charles Noted: Called to assess inmate after use of force. Treatment rendered: Inmate Refused assessment: Post treatment: Follow up with medical as needed.

OLU notification completed at approximately 4:00 pm, by Ms. Maldonado OLU Lieutenant.



**ENCLOSURE B**

There were no staff injuries reported.
All involved staff were offered medical assessment, and declined.
Inmate Crocker was offered, and refused an assessment by Nurse Charles.

**Addendums:**

| Start Date & Time: | Comments: |
|---|---|
| | |

**Notifications:**

| Name: | Title: | Date/Time Notified: |
|---|---|---|
| Maldonado, L[redacted] | OLU | September 17, 2024 @ 04:00 PM |
| Anderson, D[redacted] | Warden | September 17, 2024 @ 05:42 PM |
| Duncan, A[redacted] | Chief of Housing and Programs | September 17, 2024 @ 05:42 PM |
| Hall, J[redacted] | Major | September 17, 2024 @ 05:42 PM |
| Turner, D[redacted] | Assistant Warden | September 17, 2024 @ 05:42 PM |

| | | | |
|---|---|---|---|
| **Reporting Staff:** | Meade, D[redacted] | **Title/Shift:** | Lieutenant, A Break, Day |
| **Date Reported:** | 09/18/2024 | **Time:** | 03:23 PM |
| **Approved By:** | Franklin, S[redacted] | **Title:** | Captain |
| **Action Taken:** | Approved | **Review Date:** | 09/22/2024 |

Virginia Department of Corrections

# Internal Incident Report

DOC Location: ROSP Red Onion State Prison
Report generated by Meade, D H
Report run on 09/18/2024 at 09:01 AM

| | | |
|---|---|---|
| **Internal Incident Number:** | **Date/Time of Incident:** | **DOC Location:** |
| IIR-ROSP-2024-004398 | September 17, 2024 @ 04:05 PM | Red Onion State Prison |

| | | | |
|---|---|---|---|
| **Reporting Staff:** | Phillips, B[redacted] | **Title/Shift:** | |
| **Date Reported:** | 09/17/2024 | **Time:** | 04:23 PM |

**Offenders Involved:**

**Staff Involved:** Smallwood, J[redacted]

**Visitors Involved:** | **Others Involved:**

**Type of Incident:** Use of Force

| | | | | | |
|---|---|---|---|---|---|
| **Location of Incident:** | Cell - A-4 | | | | |
| **Gang Related:** | No | **Confidential:** | No | **PREA:** | No |

**Description of Incident:**

On 9-17-24 at approximately 4:05 P.M. I officer B. Phillips responded to A-4 Pod to assist with inmate M. Crocker #1441347 who was being disruptive and was refusing to be removed from the cell. After speaking with Sgt. Mullins inmate Crocker was restrained and removed from the cell. At this time inmate Crocker became disruptive again and began resisting staff. I officer Phillips along with assisting staff placed inmate Crocker on the ground to gain control of the inmate. I then helped maintain control on inmate Crocker until he was placed back in Cell A-418. Inmate Crocker was returned to cell A-418 without further incident. No injuries to myself.

## Notifications:

| Name: | Title: | Date/Time Notified: |
|---|---|---|

| | | | |
|---|---|---|---|
| **Approved By:** | Fleming, J[redacted] | **Title:** | Lieutenant |
| **Action Taken:** | Approved | **Review Date:** | 09/17/2024 |
| **Investigation:** | No | **Assigned to:** | |
| **Comments:** | | | |

Virginia Department of Corrections

# Internal Incident Report

DOC Location: ROSP Red Onion State Prison
Report generated by Meade, D H
Report run on 09/18/2024 at 08:47 AM

| | | |
|---|---|---|
| **Internal Incident Number:** IIR-ROSP-2024-004410 | **Date/Time of Incident:** September 17, 2024 @ 04:00 PM | **DOC Location:** Red Onion State Prison |
| **Reporting Staff:** Smallwood, J[redacted] | | **Title/Shift:** |
| **Date Reported:** 09/17/2024 | | **Time:** 04:35 PM |
| **Offenders Involved:** 1441347 | Crocker, Meshaun S | A-4-418-B |
| **Staff Involved:** | | |
| **Visitors Involved:** | | **Others Involved:** |
| **Type of Incident:** Use of Force | | |
| **Location of Incident:** GP Dayroom - A-4 | | |
| **Gang Related:** No | **Confidential:** No | **PREA:** No |

**Description of Incident:**

On Tuesday 09/17/2024 I c/o Smallwood was assisting Lt. Meade and Lt. Fleming placing inmate M. Crocker 1441347 housed in A-418 on strip cell for refusing several direct orders to uncover their cell window. While removing inmate Crocker from their assigned cell so staff could remove the inmates property inmate Crocker became disruptive towards staff. After refusing several direct orders to control their behavior and to protect the safety of staff I C/O Smallwood along with Lt. Meade assisted inmate Crocker to the ground using the minimum amount of force necessary to maintain control. Inmate Crocker was placed into their cell without any further incident. End of report.

## Notifications:

| Name: | Title: | Date/Time Notified: |
|---|---|---|

| | | |
|---|---|---|
| **Approved By:** Meade, D[redacted] | **Title:** Lieutenant | |
| **Action Taken:** Approved | **Review Date:** 09/18/2024 | |
| **Investigation:** No | **Assigned to:** | |
| **Comments:** | | |

Virginia Department of Corrections

# Internal Incident Report

DOC Location: ROSP Red Onion State Prison
Report generated by Meade, D H
Report run on 09/18/2024 at 08:54 AM

| Internal Incident Number: | Date/Time of Incident: | DOC Location: | |
|---|---|---|---|
| IIR-ROSP-2024-004411 | September 17, 2024 @ 04:00 PM | Red Onion State Prison | |
| **Reporting Staff:** | Meade, [redacted] | **Title/Shift:** | Lieutenant, A Break, Day |
| **Date Reported:** | 09/17/2024 | **Time:** | 04:00 PM |
| **Offenders Involved:** | **1441347** | **Crocker, Meshaun S** | **A-4-418-B** |
| **Staff Involved:** | **Meade, [redacted]** | | **Lieutenant** |
| **Visitors Involved:** | | **Others Involved:** | |
| **Type of Incident:** | Use of Force | | |
| **Location of Incident:** | Cell - A-4 | | |
| **Gang Related:** | No | **Confidential:** No | **PREA:** No |

**Description of Incident:**

On todays date of: Tuesday September 17th, 2024, and the approximate time of: 4:00 pm.
I Lieutenant D. Meade had activated by AXON Body Cam #ROSP SUP 12, and entered A-4 pod to conduct my security round. Upon arriving at cell, A-418 where inmate Meshaun Crocker #1441347 is housed, the cell door window was covered. I gave inmate Crocker several orders to uncover the window, which he refused. After dialoguing some more with inmate, inmate then complied with orders to complete a strip search procedure, so he could be removed from the cell, and the cell searched.
While the inmate was being restrained, he continued to be verbally, and physically disruptive. Officer Smallwood, and myself removed inmate Crocker from the cell, at which point I was relieved by Officer T. Mullins. Inmate Crocker aggressively turned towards staff, at which time he was placed on the ground using the least amount of force necessary to maintain control of the inmate. I helped maintain control of his legs, and gave instructions to staff to place the inmate in the recovery position. Inmate Crocker was then brought to his feet, by myself, and Officer Mullins, then placed back in his cell without further incident.
There were no staff injuries reported.
Inmate Crocker was offered, and refused an assessment by Nurse Charles.

## Notifications:

| Name: | Title: | Date/Time Notified: |
|---|---|---|

| | | | |
|---|---|---|---|
| **Approved By:** | Allen, [redacted] | **Title:** | Lieutenant |
| **Action Taken:** | Approved | **Review Date:** | 09/18/2024 |
| **Investigation:** | No | **Assigned to:** | |
| **Comments:** | | | |

Virginia Department of Corrections

# Internal Incident Report

DOC Location: ROSP Red Onion State Prison
Report generated by Meade, D H
Report run on 09/18/2024 at 08:58 AM

| Internal Incident Number: | Date/Time of Incident: | DOC Location: | |
|---|---|---|---|
| IIR-ROSP-2024-004412 | September 17, 2024 @ 04:00 PM | Red Onion State Prison | |
| **Reporting Staff:** | Mullins, T[redacted] | **Title/Shift:** | Corrections Officer, A Break, Day |
| **Date Reported:** | 09/17/2024 | **Time:** | 04:54 PM |
| **Offenders Involved:** | 1441347 | Crocker, Meshaun S | A-4-418-B |
| **Staff Involved:** | Mullins, T[redacted] | | Corrections Officer |
| **Visitors Involved:** | | **Others Involved:** | |
| **Type of Incident:** | Use of Force | | |
| **Location of Incident:** | GP Dayroom - A-4 | | |
| **Gang Related:** | No | **Confidential:** No | **PREA:** No |

**Description of Incident:**

On Tuesday, September 17, 2024, at approximately 4:00pm I Officer T. Mullins assisted staff with placing Inmate M. Crocker #1441347, housed in A-418 on strip cell. While Lt. Meade and Officer Smallwood removed Inmate Crocker from cell, I Officer T. Mullins removed inmate's property from inmate's assigned cell. During this time, inmate Crocker became disruptive and combative towards staff. I Officer T. Mullins assisted in regaining and maintaining control of inmate Crocker, placing inmate on the floor while using the minimum amount of force necessary to regain control. While inmate was being placed back into their assigned cell, I Officer Mullins removed inmate Crocker's leg restraints without further incident, end of report.

## Notifications:

| Name: | Title: | Date/Time Notified: |
|---|---|---|
| | | |

| | | | |
|---|---|---|---|
| **Approved By:** | Meade, D[redacted] | **Title:** | Lieutenant |
| **Action Taken:** | Approved | **Review Date:** | 09/18/2024 |
| **Investigation:** | No | **Assigned to:** | |
| **Comments:** | | | |

Body Worn Camera Footage -

Axon_Body_3_Video_2024-09-17_1600_X60AH139E

ENCLOSURE C

Body Worn Camera Footage -

Axon_Body_3_Video_2024-09-17_1602_X60AG1926

ENCLOSURE D