**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Roanoke Division**

ME'SHAUN CROCKER,

Plaintiff,

v. Civil Action No.: 7:24cv910

MAJOR HALL, et. al.,

Defendant.

**DECLARATION**

Pursuant to 28 U.S.C. § 1746, I, J. JONES, state as follows:

1. I am a Lieutenant at Red Onion State Prison ("ROSP"), a Virginia Department of Corrections ("VDOC") facility.

2. The information contained in this declaration is based on personal knowledge and records maintained in the regular and ordinary course of business.

3. I am generally aware that inmate Me'Shaun Crocker #1441347, has filed a lawsuit wherein she claims that on December 9, 2024, during a strip search, staff used oleoresin capsicum ("OC") spray after directing him to comply with a strip search.

4. On December 9, 2024, I entered the D-6 housing unit while Major Hall and other staff were conducting rounds. When I went to Crocker's cell, I saw that Crocker had a paper covering the cell window and a blanket draped over the bottom bunk. This is not in compliance with policy, which requires that officers be able to see clearly into inmates' cells.

5. Because Crocker's cell was routinely out of compliance when staff conducted rounds, it was determined that she would need to be put on strip cell status. In accordance with

policy, I directed Crocker to conduct a strip search. This requires that inmates hand their clothes to officers through the tray slot and go to the center of the cell to allow officers to conduct a visual search of their person. As part of the strip search, inmates are required to manually adjust their genitals so that officers can visually inspect for contraband.

6. Crocker refused instructions to hand her shoes to officers through the tray slot or go to the center of the cell to be searched. Crocker demanded that I go to the window, but I could not do this because my body-worn camera was activated and Crocker had no clothes on.

7. Because Crocker was refusing to comply with orders, I believed that it may be necessary to use force to gain compliance. I contacted medical to confirm if there was any medical reason that OC spray, electronic devices, or 5-point restraints could not be utilized on Crocker if necessary. Medical confirmed that there was no medical reason these methods could not be used.

8. I continued verbal attempts to get Crocker to comply with orders, and she continued to refuse to comply. I then accessed the cell door and administered a ½ to 1 second burst of OC spray toward Crocker. I then contacted a nurse to report to the D-6 housing unit for OC exposure.

9. The OC proved effective, and Crocker complied with orders to complete a proper strip search and be removed from the cell. Once removed from the cell, Crocker was escorted to the D-6 housing unit showers where she accepted water decontamination.

10. Crocker was then examined by a nurse on the pod floor. Because Crocker reported chest pain, staff obtained a wheelchair and brought her to medical for further examination. Other than the single burst of OC spray, no force was used during this incident.

11. This incident was documented on Incident Report ROSP-2024-00593 and it is attached as Enclosure A.

12. My body-worn camera was activated during my interaction with Crocker. Video from my body-worn camera beginning at approximately 10:31 a.m. is attached as Enclosure B. Video from my body-worn camera beginning at approximately 10:43 a.m. is attached as Enclosure C. After OC spray was used, I temporarily turned off my body-worn camera while I went to the bottom of the stairs in the housing unit. I then reactivated my camera when I returned to Crocker's cell. To the best of my recollection, no part of my interaction with Crocker during this incident occurred while my camera was deactivated.

13. Strip searches are conducted in accordance with policy to detect contraband and ensure the safety of staff and inmates. During this incident, I directed Crocker to conduct a strip search because her cell was out of compliance and she needed to be placed on strip cell status. The strip search is not a sexual act, and I did not order Crocker to conduct a strip search for purposes of harassing her.

14. I utilized only the level of force necessary to get Crocker to comply with my orders, then promptly brought Crocker for decontamination and medical assessment. I did not use force with the intent to harm Crocker or for any purpose other than to gain compliance.

15. Major Hall was conducting rounds on the top tier of the housing unit when I first approached Corcker's cell but was not present during my attempts to gain Crocker's compliance or during the use of force.

C.T. James Jones
J. JONES

1-21-26
DATE

Virginia Department of Corrections

# Incident Report

DOC Location: OAG Office of Attorney General
Report generated by [redacted]
Report run on 01/21/2026 at 04:53 PM

| Incident Number: | Date/Time of Incident: | DOC Location: |
|---|---|---|
| ROSP-2024-00593 | December 09, 2024 @ 10:39 AM | Red Onion State Prison |

| | | | |
|---|---|---|---|
| **Offenders Involved:** | **1441347** | **Crocker, Meshaun S** | **D-6-628-B** |
| **Staff Involved:** | **Heckford, J[redacted]** | **Officer** | |
| | **Jones, J[redacted]** | **Lieutenant** | |
| | **Robinson, K[redacted]** | **Corrections Officer** | |

| | | | |
|---|---|---|---|
| **Visitors Involved:** | | **Others Involved:** | Mullins, Brianna |
| **Type of Incident:** | Body Camera Used | **Reference attached IIRs:** | IIR-ROSP-2024-005606 |
| | Use of Force | | IIR-ROSP-2024-005610 |
| | | | IIR-ROSP-2024-005620 |
| **Use of Force:** | Chemical Agents | **Date Applied:** | **Date Out:** |
| **Use of Restraints:** | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Location of Incident:** | Cell - D-6 | | | | |
| **Weapon Used:** | No | **Type of Weapon:** | | | |
| **Gang Related:** | No | **PREA:** | No | **Videotaped:** | Axon Body 3 Video 2024-12 -09 1031 X60A5860G |
| **Body Camera:** | No | **Body Camera Number:** | None | | |

**Description of Incident:**

Synopsis:

On December 9, 2024, at approximately 10:39 am, inmate M. Crocker # 1441347, a security level “5” inmate, refused to comply with orders to conduct a proper strip search. OC utilized. Inmate offered water decontamination and medical assessment.

Narrative:

On December 9, 2024, at approximately 10:39 am, inmate M. Crocker #1441347, a security level “5” inmate was ordered to complete a proper strip search and be removed from the cell. He refused multiple orders.

Lieutenant Jones, with ROSP-SUP-25 activated, continued to order Crocker to complete a proper strip search, present himself to the tray slot to be restrained and removed from the cell. Crocker refused.

Lieutenant Jones contacted the Medical Department and spoke with Nurse Mullins who advised there was no medical reason why the use of OC, electronic devices or 5-point restraints could not be utilized on inmate Crocker if needed.

Lieutenant Jones continued to order Crocker to comply with orders or OC would be utilized to gain compliance. Crocker continued to refuse.

At the time, Lieutenant Jones accessed the cell door and administered a ½ to 1 second burst of OC from the MK-9 Fogger, aiming a target specific areas, in order compel Crocker to comply with orders.

Lieutenant Jones then called for a nurse to report to D-6 housing unit for OC exposure.

OC proved effective as he complied with orders to complete a proper strip search and be removed from the cell.



**ENCLOSURE A**

Once removed from the cell, Crocker was escorted to the D-6 housing unit showers where he accepted water decontamination.

Crocker was escorted to medical for assessment and placed in Med-Cell 5 without further incident.

Crocker was assessed by Nurse Mullins with the following noted, "OC exposure. Follow up with medical as needed."

D-6 housing unit was assessed by Nurse Mullins with the following noted, "Called by security to assess pod for OC exposure. No complaints voiced. Follow up with medical as needed."

All involved staff were offered medical assessment and water decontamination.

Operations and Logistics Unit Lieutenant Wood notified of the incident at 11:15 am.

This incident occurred on A Break Day Shift.

## Addendums:

| **Start Date & Time:** | **Comments:** |
|---|---|
| | |

## Notifications:

| **Name:** | **Title:** | **Date/Time Notified:** |
|---|---|---|
| Wood, S[redacted] | OLU | December 09, 2024 @ 11:15 AM |
| Turner, D[redacted] | Assistant Warden | December 09, 2024 @ 11:28 AM |
| Anderson, D[redacted] | Warden | December 09, 2024 @ 11:29 AM |
| Duncan, A[redacted] | Chief of Housing and Programs | December 09, 2024 @ 11:29 AM |
| Hall, J[redacted] | Major | December 09, 2024 @ 11:29 AM |
| Reynolds, Q[redacted] | ADO/ Unit Manager | December 09, 2024 @ 11:29 AM |

| | | | |
|---|---|---|---|
| **Reporting Staff:** | Rosenbalm, H[redacted] | **Title/Shift:** | Sergeant, A Break, Day |
| **Date Reported:** | 12/10/2024 | **Time:** | 11:25 AM |
| **Approved By:** | Gilbert, C[redacted] | **Title:** | Captain |
| **Action Taken:** | Approved | **Review Date:** | 12/11/2024 |

Body Worn Camera Footage -

Axon_Body_3_Video_2024-12-09_1031_X60A5860G

ENCLOSURE B

Body Worn Camera Footage -

Axon_Body_3_Video_2024-12-09_1043_X60A5860G

ENCLOSURE C