**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Roanoke Division**

ME'SHAUN CROCKER,

Plaintiff,

v. Civil Action No.: 7:24cv910

MAJOR HALL, et. al.,

Defendant.

**SUPPLEMENTAL AFFIDAVIT**

Commonwealth of Virginia, County of Wise, to-wit:

E. SHIRKS, first being duly sworn, states as follows:

1. I am an Intel Sergeant at Red Onion State Prison ("ROSP"), a Virginia Department of Corrections ("VDOC") facility.

2. The information contained in this affidavit is based on personal knowledge and records maintained in the regular and ordinary course of business.

3. I am generally aware that inmate Me'Shaun Crocker #1441347, has filed a lawsuit wherein she claims that Officer Mays used excessive force against her while taking off her second pair of underwear.

4. VDOC records show that on August 23, 2024, Crocker was observed masturbating toward staff while inside her cell. Because of this disruptive behavior, staff decided to place her in the Restorative Housing Unit. A copy of the Incident Report regarding this incident is attached as Enclosure A.

5. Crocker was strip searched, restrained, and removed from her cell. While Crocker was out of her cell, staff observed that she was wearing two pairs of boxers. Inmates are only permitted to wear one pair of underwear at a time to minimize the risk of contraband. While Crocker was restrained, Officer Mays and Lt. Jones placed her in a kneeling position, and Officer Mays removed the outer pair of underwear using scissors. As this was done, Crocker did not complain of being in pain or that officers were touching her inappropriately, but instead verbally antagonized staff. Once the outer pair of underwear was removed, Crocker was returned to her cell. This encounter was captured on video by Lt. Jones' body-worn camera. The body-worn camera video is attached as Enclosure B.

6. According to VDOC records, Crocker filed a grievance and PREA complaint and stated that this incident occurred in December. Intel does not have any record of a similar incident occurring in December involving Officer Mays.

7. I am aware that Crocker identifies as a transgender woman and has requested a strip search deviation, which if granted would require that strip searches be performed by female staff. Strip search deviations must be approved by the Facility Treatment Team in conjunction with the Operations Manager. At this time, Crocker's strip search deviation request has not been

approved. Accordingly, policy permits male officers to conduct strip searches of Crocker.

E. SHIRKS

________________________________________
Affiant

Sworn and subscribed to before me, a Notary Public, in and for the Commonwealth of Virginia, County of Wise, on this ___________ day of January 2026

________________________________________
Notary Public

My commission expires: ________________________________________

Virginia Department of Corrections

# Internal Incident Report

DOC Location: ROSP Red Onion State Prison
Report generated by Shirks, E T
Report run on 11/24/2025 at 09:16 AM

| Internal Incident Number: | Date/Time of Incident: | DOC Location: | | | |
|---|---|---|---|---|---|
| IIR-ROSP-2024-003871 | August 23, 2024 @ 09:00 AM | Red Onion State Prison | | | |
| **Reporting Staff:** | Rosenbalm, H[redacted] | **Title/Shift:** | Sergeant, A Break, Day | | |
| **Date Reported:** | 08/23/2024 | **Time:** | 09:38 AM | | |

| Offenders Involved: | 1441347 | Crocker, Meshaun S | B-4-407-B |
|---|---|---|---|
| **Staff Involved:** | **Rosenbalm, H[redacted]** | **Sergeant** | |
| **Visitors Involved:** | | **Others Involved:** | |

| Type of Incident: | |
|---|---|
| | Other: Lewd or obscene acts in the presence of staff |
| | Referral to RHU - Behavior threatening the orderly operation of the facility |

| Location of Incident: | Cell - B-4 | | | | |
|---|---|---|---|---|---|
| **Gang Related:** | No | **Confidential:** | No | **PREA:** | No |
| **Body Camera:** | No | **Body Camera Number:** | None | | |

**Description of Incident:**

Request: I, Sergeant Rosenbalm, am referring inmate M. Crocker #1441347 to Restorative Housing under the Behavioral Pathway.

Behavior: Inmate Crocker was observed masturbating towards staff; this behavior significantly disrupts the safe and orderly operations of the institution.

Threat: Due to Crocker's behavior, I Sergeant Rosenbalm am placing inmate under Restorative Housing to maintain the safe and orderly operations of the institution.

Alternatives: Due to Crocker's lewd and obscene behavior, and to prevent the disruption of orderly operations of the institution, there are no other alternative housing options for inmate Crocker other than Restorative Housing at this time.

## Notifications:

| Name: | Title: | Date/Time Notified: |
|---|---|---|
| | | |

| Approved By: | Fleming, J[redacted] | Title: | Lieutenant |
|---|---|---|---|
| **Action Taken:** | Approved | **Review Date:** | 08/23/2024 |
| **Investigation:** | No | **Assigned to:** | |
| **Comments:** | After meeting with Sergeant H. Rosenbalm, who recommended the referral and inmate Crocker, I, Lieutenant J. Fleming, have determined that the behavior and threat by inmate Crocker poses an unacceptable risk to staff, inmates, and the orderly operation of the facility. At the time of this approval, I feel that approving any other housing assignment other than to a Restorative Housing Unit under the Behavioral Pathway would be negligent on my behalf to protect staff, inmates, and the orderly operation of the facility. I have determined and approved for inmate Crocker to be placed in a Restorative Housing Unit under the Behavioral Pathway as there is no other suitable housing available at this time. | | |



**ENCLOSURE A**

Body Worn Camera Footage -

Axon_Body_3_Video_2024-08-23_0921_X60A5589M

ENCLOSURE B