IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

ME'SHAUN CROCKER,

        Plaintiff,

v.                                                                CIVIL ACTION NO. 7:24cv910

MAJOR HALL, *et al.*,

        Defendants.

## MOTION TO FILE EVIDENCE UNDER SEAL

Defendants J. Hall, J. Jones, J. Fleming, J. Mays, and R. Potter, by counsel and pursuant to Local Civil Rule 9, respectfully request that video evidence submitted in support of their Motion for Summary Judgment be filed under seal, with only case participants granted access to it. In support thereof, Defendants state the following.

### BACKGROUND

Plaintiff Me'Shaun Crocker, #1441347, an inmate in the custody of the Virginia Department of Corrections ("VDOC"), has brought this action *pro se* under 42 U.S.C. § 1983, alleging that correctional officials at Red Onion State Prison ("ROSP") engaged in sexual misconduct and used excessive force against her.

On January 22, 2026, Defendants filed a Motion for Summary Judgment. ECF No. 40. In support of their motion, Defendants submitted affidavits and declarations, which included body-worn camera footage taken inside ROSP as enclosures. Defendants now respectfully request that the Court enter an Order sealing these video enclosures, with access granted only to Court personnel and case participants.

### DESCRIPTION OF THE MATERIAL TO BE FILED UNDER SEAL

The following video files, which Defendants request to be sealed, were submitted in support of the Defendants' Motion for Summary Judgment:

- Enclosure C to the Declaration of Defendant Fleming (Axon_Body_3_Video_2024-09-17_1600_X60AH139E), ECF No. 41-2: Video dated September 17, 2024, taken from the body-worn camera of Officer N. Mullins.

- Enclosure D to the Declaration of Defendant Fleming (Axon_Body_3_Video_2024-09-17_1602_X60AG1926), ECF No. 41-2: Video dated September 17, 2024, taken from the body-worn camera of Lt. D. Meade.

- Enclosure B to the Declaration of J. Jones (Axon_Body_3_Video_2024-12-09_1031_X60A5860G), ECF No. 41-3: Video dated December 9, 2024, taken from the body-worn camera of Lt. J. Jones.

- Enclosure C to the Declaration of J. Jones (Axon_Body_3_Video_2024-12-09_1043_X60A5860G), ECF No. 41-3: Video dated December 9, 2024, taken from the body-worn camera of Lt. J. Jones.

- Enclosure B to the Supplemental Affidavit of E. Shirks (Axon_Body_3_Video_2024-08-23_0921_X60A5589M), ECF No. 41-4: Video dated August 23, 2024, taken from the body-worn camera of Lt. J. Jones.

### STATEMENT OF WHY SEALING IS NECESSARY

Defendants move to seal the above-described video files on security grounds. All of the body-worn camera footage listed above was taken inside of the ROSP facility. Public disclosure of these videos would allow an inmate or member of the general public to view extensively, analyze, copy, or extract information relating to the physical layout of the facility or confidential

security procedures. This would jeopardize the security of the prison, staff, and inmates, as information contained in the video could be used to interfere with or undermine the effective and secure management of VDOC facilities.

In addition, many of these videos depict strip search procedures being carried out and include footage of the Plaintiff in states of undress. Sealing of the videos would therefore also serve to protect the Plaintiff's privacy.

Copies of these videos have already been made available for the Plaintiff's review when he was provided with copies of the Defendants' Motion for Summary Judgment, and will again be made available for him to review in response to his discovery requests. Defendants recognize that the video may be used for the Plaintiff's response to the Motion for Summary Judgment or as evidence if the case proceeds to trial. Accordingly, Defendants do not object to the video being made available for access by case participants.

### DISPOSITION OF THE MATERIAL FILED UNDER SEAL

Defendants request that the above-described materials remain sealed until sixty (60) days after the final resolution of this matter, or for such other term as the Court deems appropriate, and then destroyed.

Respectfully submitted,

J. HALL, J. JONES, J. FLEMING, J. MAYS, AND R. POTTER

By:      /s/ Timothy E. Davis
Timothy E. Davis, VSB #87448
Assistant Attorney General
Office of the Attorney General
Criminal Justice & Public Safety Division
202 North 9th Street
Richmond, Virginia 23219

(804) 225-4226
(804) 786-4239 (Fax)
Email:  tdavis@oag.state.va.us

5

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of February, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:  N/A; and

I hereby certify that the document has been mailed, postage prepaid, to the following non-filing user:

VDOC Centralized Mail Distribution Center
Me'Shaun Crocker, #1441347
3521 Woods Way
State Farm, VA 23160

                                                          /s/ Timothy E. Davis
                                                    Timothy E. Davis, VSB #87448
                                                    Assistant Attorney General