IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

ME'SHAUN CROCKER,

    Plaintiff,

v.                                                  CIVIL ACTION NO. 7:24cv910

MAJOR HALL, *et al.*,

    Defendants.

## ORDER

Upon consideration of the Defendants' Motion to Seal, and for good cause shown, the Court makes the following findings:

1.     The materials identified in the Motion to Seal, specifically (1) Enclosure C to the Declaration of Defendant Fleming, ECF No. 41-2; (2) Enclosure D to the Declaration of Defendant Fleming, ECF No. 41-2; (3) Enclosure B to the Declaration of J. Jones, ECF No. 41-3; (4) Enclosure C to the Declaration of J. Jones, ECF No. 41-3; and (4) Enclosure B to the Supplemental Affidavit of E. Shirks, ECF No. 41-4 (the "Proposed Sealed Materials"), in fact contain confidential information that is properly subject to a sealing order.

2.     There are no less drastic alternatives to sealing the Proposed Sealed Materials.

3.     There is a lack of countervailing public interest in the Proposed Sealed Materials.

4.     Defendants timely filed their Motion and a Proposed Order on the public docket. Public notice of the Motion to Seal was provided reasonably in advance of deciding the issue.

5.     Defendants have provided the Court a copy of the Proposed Sealed Materials.

THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED that the Defendants' Motion to Seal is hereby GRANTED, and it is ORDERED that:

The Clerk shall maintain under seal the Proposed Sealed Materials. The Proposed Sealed Materials shall be made available for access by case participants. The Proposed Sealed Materials shall remain sealed until sixty (60) days after the final resolution of this matter and then destroyed.

The Clerk is directed to send copies of this Order to the parties.

Enter:          /         /2026

_____
United States Magistrate Judge