CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE, VA
FILED

FEB 17 2026

LAURA A. AUSTIN, CLERK
BY: /s/ Neeson
DEPUTY CLERK

Case Name: Me'Shaun Crocker v Major Hall et al
Case #: 7:24-cv-00910-TTC-JCH

USCS. Fed. Rule. Civ. Proc. #7 "Motion To Compel"

I motion this court to compel defendants to adhere to court order of production of documents under civil procedure 26. Not one item I requested has been made available. I did not specify a particular format for videos (electronically stored information) nor did I specify a particular format for producing documents therefore defendant must produce them in the format generally kept during business operations in accordance with rule #26.

The defendants also have not made it aware if they have located specific videos, that they have stated in answer "will be made available for plaintiff's review."

They have also not produced any documentation of Operating Procedure 730.5 as they stated they would. I have also not been allowed to review specifically requested telephone calls (#55 prea calls.)

Also, denying access to the strip search policy would be an abuse of discretion and miscarriage of justice. My claims against defendants are

Case Name: Me'Shaun Crocker v Mayor Hall et al
Case #: 7:24-cv-00910-TTC-JCH

U.S.C.S. Fed. Rule. Civ. Proc. #7: "Motion To Compel"
Continued

Solely based off of this policy. I including other inmates are not fully aware of what the strip search guidelines fully entail. We are not competent of this material and don't know if what is happening to us is legal and or if it is sexual abuse disguised under color of law. The operating procedures state "Compliance: This operating procedure applies to all units operated by the Virginia Department of Corrections (DOC). Practices and procedures must comply with applicable State and Federal laws and regulations."

The documents allowed for viewing by inmates Operating Procedure 038.3 "Prison Rape Elimination Act" states what we are required to do during the strip search procedure is Rape by definition. In conjunction with the threat of physical violence, fear of physical violence, or bodily injury if we do not fondle ourselves in the presence of staff during this procedure constitutes Sexual Misconduct by an employee, and sexual assault when employee's engage in violence against us for this lack of privilege to be aware of Operating Procedure 445.4 "Screening + Searches of persons."

Case Name: Me'Shaun Crocker v Major Hall et al
Case #: 7:24-cv-00910-TTC-JCH

USCS Fed Rule Civ Proc #7 "Motion To Compel" Continued

Because defendants are taking a lackadaisical approach to their discovery obligations under Fed R. Civil. Proc 26, sanctions of costs associated with bringing motion to compel would be proper and warranted under Fed R. Civil. Proc 37. (Certified Mail Fee $4.80 + Hard Copy Return Fee $5.00 Parties asserting objection to discovery on ground of privilege must present that objection in timely and proper manner: Ritacca v Abbott Labs

Failure to follow procedural requirements of FRCP 26(b)(5) may result in waiver of privilege: Ritacca v Abbott Labs

Case Name: Me'Shawn Crocker v Major Hall et al
Case #: 7:24-cv-00910-TTC-JCH

I have enclosed a list of items in regards to my 'Request For Production of Document'. Listed are the items that were made available to me and items this institution (Red Onion State Prison) has failed to make available even though they have said they would through their representation Assistant Attorney General Timothy E. Davis. Specifically the strip policy is one of my biggest concerns.

My civil suit is based off of whether or not staff who have access to inmates or are allowed to strip search inmates are violating any constitutional rights during this procedure and whether it is applicable with any state and federal statute.

Defendants have listed Operating Procedure 730.5 'Mental Health and Wellness Services: Behavior Management' as security sensitive information but will still allow me to review even though this policy may not be made available to incarcerated inmates. I am required to return this policy once I am finished using it. IF I can be allowed to review this security sensitive information then I should be allowed to review this policy also.

Red Onion State Prison is essentially allowed to hide information as security sensitive when inmates file civil suits in regards to their constitutional guarantees. This institution is also hindering my discovery process with the other listed items as well. I can not fully insure I will be able to present my case without the proper information. I also will not be able to understand if what is happening to me is sexual abuse defined in Operating Procedure 038.3.

Made Available

Request #3: Lt Jones' Axon Body Camera 8/23/24 8am-11am B4
Objection: Request is overly broad to extent that time frame requested is not tailored to alleged incident at issue.
Response: Any responsive video located will be made available for plaintiff's review

Request #6: Lt Fleming BWC 9/17/24
Objection: Request is overly broad to extent that time frame requested is not tailored to alleged incident at issue.
Response: Defendants are investigating; Any responsive video footage located will be made available for plaintiff's review.

Request No 12: Lt. Jones' BWC 10/9/24 9am-12pm
Objection: Request is overly broad to extent that time frame requested is not tailored to the alleged incident at issue
Response: Any responsive video located will be made available for plaintiff's review

Request #13: Available.

Unavailable Videos:

Request #1: Bravo 4 pod camera B401
Objection: The request is overly broad, footage is not tailored to the alleged incident at issue.
Response: There are no responsive records in the defendants possession, custody, or control

Request No 2: B4 pod camera 8/23/24 8am-11am 407-405
Objection: The request is overly broad to extent that time frame requested is not tailored to the alleged incident at issue.
Response: There are no responsive records in the defendants possession, custody, or control.

Request #4: Lt. Fleming BWC 8/23/24 8am-11am B4
Objection: The request is overly broad to extent that time frame requested is not tailored to alleged incident at issue
Response: Any responsive video located will be made available for plaintiff's review.

Request #5: Alpha 4 (418) pod camera 9/17/24 10am-12pm
Objection: Request is overly broad to extent that time frame requested is not tailored to alleged incident at issue.
Response: Responsive video will be made available for plaintiff's review

Request #7: Alpha 4 pod camera 9am-12pm
Objection: Request is overly broad.
Response: There are no responsive records in defendants possession, custody, or control

Request No 8: Lt Meade BWC 9/06/24 9am-12pm
Objection: Request is overly broad to extent that time frame requested is not tailored to the alleged incident at issue.
Response: Defendants are investigating. Any responsive footage located will be made available for plaintiff's review

Request #10: Delta 6 pod camera 12/9/24 9am-12pm
Objection: Request is overly broad to extent that time frame requested is not tailored to alleged incident at issue.
Response: Responsive video will be made available for plaintiff's review.

Request #11: Major Hall BWC 12/9/24 9am-12pm
Objection: Request is overly broad to extent that time frame requested is not tailored to the alleged incident at issue.
Response: Defendants are investigating. Any responsive video footage located will be made available for plaintiff's review.

Request #14: Va Doc Suicide Watch Policy OP 730.5 Mental Health and Wellness Services; Behavior Management:
Objection: Policy is unduly vague. Request is seeking security sensitive information. Policy not available to incarcerated inmates.
Response: Copy of OP 730.5 will be made for plaintiff's review, but plaintiff may not keep a copy.

Unavailable Items Continued:

Request No. 15: Va Doc Strip Search Policy
Objection: Request is seeking security sensitive information. OP 445.4 "Screenings and Searches of Persons", may not be available for plaintiff's review. to incarcerated inmates or the general public.
Response: No responsive records are provided to inmate. Defendants will provide a copy of policy under seal to the Court for in camera review should the court so direct.

Request #16: Employee Training Manual: Va DOC Corrections Officers
Objection: Request is overly broad and unduly vague. No singular training manual. Employee training materials exceeds relevant issues, in this case. Defendants object the request as seeking security sensitive information. Va Doc training materials are not made available to incarcerated inmates or the general public.
Response: Pursuant to above-stated objection, no responsive records are provided to the plaintiff.

Request #17: Va DOC suicide watch or strip cell Operating Procedure.
Objection: Unduly vague and overly broad, does not provide any specificity to the records sought.
Response: See response to request #14.

Request #18: Phone records all #55 phone calls by Me'Shaun Crocker using Global Tel Link phone system.
Response: Responsive recordings will be made available for the plaintiff's review.

Meshawn ~~Cook~~ — ~~Uhuru Baba~~
Red Onion State Prison
Po Box 970
Pound, Va 24279

**CERTIFIED MAIL**
9589 0710 5270 3366 1216 69

VIRGINIA DEPARTMENT OF CORRECTIONS
HAS NEITHER CENSORED OR INSPECTED
ITEM THEREFORE, THE DEPARTMENT
DOES NOT ASSUME ANY RESPONSIBILITY
FOR ITS CONTENTS

RECEIVED
DATE
FEB 12 2026
MAILROOM

United States
Clerk
210 Franklin
Roanoke

Legal Mail




FIRST-CLASS

CTIONS
ECTED
NT
BILITY

US POSTAGE PITNEY BOWES
ZIP 24279  $ 011.02⁰
02 7W
0008039583 FEB 12 2026

**RECEIVED**

FEB 17 2026

USDC Clerk's Office
Mail Room

̃ies District Court
-ks Office
nklin Rd. Rm 540
oke, Va 24011