All documents and video evidence requested in 'Motion For Production of Documents' are in possession, custody, and control of defendants.

Inmate Grievance Procedure 866.1 page 8
Section C subsection F

When a grievance references a specific audio or ~~recording~~ video recording, the Institutional Ombudsman must request the Institutional Investigator make a copy of the recording and maintain it until exhaustion of administrative remedies or pending litigation in accordance with Operating Procedure 030.1 'Evidence Collection and Preservation'

Operating Procedure 030.1 'Evidence Collection and Preservation
Page #7 Clause D
- If a grievance is received that references a specific audio or video recording, a copy of the recording must be saved in the digital storage folder.
- Clause E: When an investigation is conducted, the digital evidence must be made available to the investigative unit and must become part of the investigation file.
- Clause F: The digital evidence must be retained for atleast 5 years after the date of incident.
- Clause G: If a lawsuit is filed or an investigation is in progress, the digital evidence must be retained until the investigation or lawsuit is completed.

OP 866.1 "Inmate Grievance Procedure"
Grievable Issues  Page 6  B: Completing and Submitting a Regular Grievance
  A. Grievable Issues
    (i) Substance or Administration of Operating Procedures
    (ii) Actions of staff, contractual staff, volunteers, and interns.
    (iii) Retaliation against the inmate for using the Inmate Grievance Procedure
    (v) Conditions of care under the authority of the DOC.

  b. Non-Grievable Issues
    (i) Disciplinary hearing decisions, penalties, and/or procedural errors, which may be appealed in accordance w/ OP 861.1 Inmate Discipline

  C. The grieved issue must:
    (i) Affect the inmate personally
    (ii) Be identical to and limited to the issue submitted on the Written Complaint.

I pro se inmate Me'Shaun Crocker present facts essential to justify my opposition to defends claims. Therefore with defendants with-holding material I will not be able to present my case without a fair-trial. I can on testify to my knowledge. Therefore, there is a genuine dispute of all material facts stated by defendants.