CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE, VA
FILED

FEB 17 2026

LAURA A. AUSTIN, CLERK
BY: /s/ NBeeson
DEPUTY CLERK

Case Name: Me'Shaun Crocker v Major Hall et al
Case #: 7:24-cv-00910-TTC-JCH

~~Also, defendants have listed Operating Procedure 730.5 'Mental Health and Wellness~~

How much would it cost for a copy of my original complaint, my amended complaint, and this motion to compel?

Also, was my amended complaint accepted or denied? Was it even received at all?