CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

February 18, 2026

LAURA A. AUSTIN, CLERK
BY: s/A. Beeson
DEPUTY CLERK

U. S. DISTRICT COURT
Western District of Virginia
210 Franklin Road SW, Suite 540
Roanoke, VA 24011

*Laura A. Austin*  *Voice: 540-857-5100*
*Clerk of the Court*  *Facsimile: 540-857-5110*

February 18, 2026

Me'Shaun Crocker #1441347
VDOC Centralized Mail Dist. Cntr.
3521 Woods Way
State Farm, VA 23160

Re:  Copy Request, 7:24cv910

Dear Me'Shaun Crocker:

Pursuant to your letter received 2/17/2026 requesting copies as shown below, please be advised that copies requested through the Clerk's Office are $.50 cents per page.  If requesting a certified copy of a document, there is a $12.00 certification fee per document.

If you wish to obtain copies, you must prepay the copy fee. Please forward payment, this letter, and a self-addressed, postage-paid envelope, to the office listed above. The postage must be enough to cover the mailing costs of the document(s). Upon receipt of your payment, the Clerk's Office will provide you with copies of the requested document(s).

Your motion for leave to amend which appears to also include your amended complaint was received on October 27, 2025, and is still pending before the court.

| Document # | Document Title | # of pages | Copy Cost ($.50 per page plus $12 certification fee if requested.) |
|---|---|---|---|
| 1 | Complaint | 7 | $3.50 |
| 28 | Motion for Leave to Amend & Amended Complaint with exhibits | 48 | $24.00 |
| 47 | Motion to Compel | 12 | $6.00 |
| | TOTAL AMOUNT DUE | | $33.50 |

Very truly yours,

LAURA A. AUSTIN, CLERK

By:  /s/ A. Beeson
Deputy Clerk