IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

ME'SHAUN CROCKER,

        Plaintiff,

v.                                                                CIVIL ACTION NO. 7:24cv910

MAJOR HALL, *et al.*,

        Defendants.

## RESPONSE TO PLAINTIFF'S MOTION TO COMPEL

    Defendants J. Hall, J. Jones, J. Fleming, J. Mays, and R. Potter, by counsel, submit the following in response to the Plaintiff's Motion to Compel, ECF No. 47.

    1.    Plaintiff Me'Shaun Crocker, #1441347, an inmate in the custody of the Virginia Department of Corrections ("VDOC"), has brought this action *pro se* under 42 U.S.C. § 1983, asserting claims alleging various instances of sexual misconduct and excessive force that occurred while she was housed at Red Onion State Prison ("ROSP"). Defendants have filed a Motion for Summary Judgment, arguing that Crocker's claims fail on the merits and that she failed to exhaust available administrative remedies as to some of her claims. ECF Nos. 40–41. That motion remains pending at this time.

    2.    On October 27, 2025, Crocker filed a Request for Production of Documents to the docket. ECF No. 27. Defendants mailed their objections and responses to Crocker on December 3, 2025. A copy of the Defendants' responses, without the responsive records included, is attached hereto as Exhibit 1.

    3.    On December 29, 2025, Crocker submitted additional discovery requests to the docket, which Defendants construed as her Second Request for Production of Documents. ECF

1

Nos. 37-1, 38-1. Defendants mailed their objections and responses to Crocker's second request on January 28, 2026, a copy of which is attached hereto as Exhibit 2.

      3.      Crocker now brings a Motion to Compel Defendants to Adhere to Court Order, ECF No. 47, which Defendants construe as a motion to compel discovery pursuant to Rule 37 of the Federal Rules of Civil Procedure. In her motion, Crocker alleges that she has been unable to review requested video and audio records and also seeks to be allowed to review and retain copies of restricted VDOC policies.

      4.      As an initial matter, the Federal Rules of Civil Procedure require that a motion to compel "must include a certification that the movant has in good faith conferred or attempted to confer with the person or party failing to make disclosure or discovery in an effort to obtain it without court action." Fed. R. Civ. P. 37(a)(1). Crocker has made no such representation in her motion, and the undersigned is unaware of any attempt by Crocker to meet and confer regarding outstanding discovery requests.

      5.      In her motion, Crocker requests to be allowed to review or retain a copy of VDOC Operating Procedure ("OP") 445.4, *Screenings and Searches of Persons*. This policy is designated as being restricted to both inmates and the general public because it contains information regarding VDOC security policies which, if misused, could allow incarcerated inmates or visitors to evade searches intended to detect contraband. As Defendants stated in their response to Crocker's request for production, they do not object to providing a copy of this policy to the Court for *in camera* review should the Court so direct. However, due to the security sensitive nature of the policy, Defendants object to Crocker reviewing a full and unredacted copy of this policy.

6. With respect to Crocker's request for video and audio recordings, the Office of the Attorney General has asked officials at Red Onion State Prison to allow Crocker to review all responsive videos and audio recordings in Counsel's possession. Counsel has reviewed the materials in his file and represents that video and audio files responsive to the following requests exist and will be made available for Crocker's review:

    a. Request Nos. 3, 8, 10, 12, and 18 of Crocker's First Request for Production; and

    b. Request Nos. 2 and 5 of Crocker's Second Request for Production.

7. To the best of Counsel's knowledge, there are no existing responsive materials to be produced in response to the following requests for video evidence:

    a. Request Nos. 1, 2, 4, 5, 6, 7, 9, and 11 of Crocker's First Request for Production; and

    b. Request Nos. 1, 3, 6, and 7 of Crocker's Second Request for Production.

8. All records requested in Crocker's Request for Production have been produced, are being made available for her review, do not exist, or are subject to reasonable objection by the Defendants. Accordingly, Defendants respectfully request that the Motion to Compel be denied.

Respectfully submitted,

J. HALL, J. JONES, J. FLEMING, J. MAYS, AND R. POTTER

By:    /s/ Timothy E. Davis
Timothy E. Davis, VSB #87448
Assistant Attorney General
Office of the Attorney General
Criminal Justice & Public Safety Division

202 North 9th Street  
Richmond, Virginia 23219  
(804) 225-4226  
(804) 786-4239 (Fax)  
Email: tdavis@oag.state.va.us

202 North 9th Street
Richmond, Virginia 23219
(804) 225-4226
(804) 786-4239 (Fax)
Email:  tdavis@oag.state.va.us

4

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of March, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following: N/A; and

I hereby certify that on the 4th day of March, 2026, the document will be mailed, postage prepaid, to the following non-filing user[1]:

VDOC Centralized Mail Distribution Center
Me'Shaun Crocker, #1441347
3521 Woods Way
State Farm, VA 23160

                          /s/ Timothy E. Davis
                        Timothy E. Davis, VSB #87448
                        Assistant Attorney General

---

[1] Due to the time of filing, Counsel is unable to mail a copy of this pleading to the Plaintiff at this time. The Plaintiff's copy of this pleading will therefore be mailed to him on the next business day.