IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

ME'SHAUN CROCKER,

      Plaintiff,

v.                                                                                            CIVIL ACTION NO. 7:24cv910

MAJOR HALL, *et al.*,

      Defendants.

**DEFENDANTS' RESPONSE TO PLAINTIFF'S
SECOND REQUEST FOR PRODUCTION OF DOCUMENTS**

Defendants J. Hall, J. Jones, J. Fleming, J. Mays, and R. Potter, by counsel, hereby respond to the Plaintiff's Second Request for Production of Documents, ECF Nos. 37-1, 38-1:

**REQUEST NO. 1.** Pod Camera: Bravo 4 (camera closest to B-407) 9:00 a.m. to 10:00 a.m. and 10:00 a.m. to 11:00 a.m. [August 23, 2024].

**OBJECTION:** The Request is overly broad to the extent that the time frame requested is not tailored to the alleged incident at issue.

**RESPONSE:** Subject to and without waiving the above-stated Objection, there are no responsive records in the Defendants' possession, custody, or control.

**REQUEST NO. 2.** Lt. Jones Axon Body Worn Camera 8/23/24 Bravo 4 9:00 a.m. to 10:00 a.m. and 10:00 a.m. to 11:00 a.m.

**OBJECTION:** The Request is overly broad to the extent that the time frame requested is not tailored to the alleged incident at issue.

**RESPONSE:** Subject to and without waiving the above-stated Objection, Defendants respond as follows: Video from Lt. Jones' body-worn camera for the time period of

1

9:21:00 a.m. through 9:27:04 a.m. on August 23, 2024, was filed as Enclosure B to the Supplemental Affidavit of E. Shirks (ECF No. 41-4). Plaintiff has previously been given an opportunity to review this video in the presence of staff and will be provided further opportunity to review the video upon request.

**REQUEST NO. 3.**   Lt. Fleming Axon Body Worn Camera 8/23/24 Bravo 4 9:00 a.m. to 10:00 a.m. and 10:00 a.m. to 11:00 a.m.

**OBJECTION:**   The Request is overly broad to the extent that the time frame requested is not tailored to the alleged incident at issue.

**RESPONSE:**   Subject to and without waiving the above-stated Objection, there are no responsive records in the Defendants' possession, custody, or control.

**REQUEST NO. 4.**   [A]ll documentation or electronically stored internal investigative reports against Lt. Jones, Lt. Fleming, Officer Mays, and Officer Potter, where the investigation and allegations were deemed founded and any sanctions imposed against Lt. Jones, Lt. Fleming, Officer Mays, and Officer Potter.

**OBJECTION:**   Defendants object to the Request as seeking confidential personnel records. Defendants object on security grounds to providing such records to the Plaintiff, an incarcerated inmate. Defendants further object to the Request as overly broad, irrelevant, and disproportional to the needs of the case to the extent it seeks records involving conduct different in kind from that alleged in this case.

**RESPONSE:**   Subject to and without waiving the above-stated Objection, there are no responsive records in the Defendants' possession, custody, or control.

**REQUEST NO. 5.**   Lt. Meade Axon Body Worn Camera 9/17/24 from 3:30 p.m. to 4:30 p.m.

**OBJECTION:** The Request is overly broad to the extent that the time frame requested is not tailored to the alleged incident at issue.

**RESPONSE:** Subject to and without waiving the above-stated Objection, Defendants respond as follows: Video from Lt. Meade's body-worn camera for the time period of 3:42:51 p.m. through 4:01:19 p.m. on September 17, 2024, will be made available for the Plaintiff's review. Video from Lt. Meade's body-worn camera for the time period of 4:02:18 p.m. through 4:10:38 p.m. on September 17, 2024, was filed as Enclosure D to the Declaration of Defendant Fleming (ECF No. 41-2). Plaintiff has previously been given an opportunity to review this video in the presence of staff and will be provided further opportunity to review the video upon request.

**REQUEST NO. 6.** Lt. Fleming Axon Body Worn Camera 9/17/24 from 3:30 p.m. to 4:30 p.m.

**OBJECTION:** The Request is overly broad to the extent that the time frame requested is not tailored to the alleged incident at issue.

**RESPONSE:** Subject to and without waiving the above-stated Objection, there are no responsive records in the Defendants' possession, custody, or control.

**REQUEST NO. 7.** Alpha 4 pod camera 9/17/24, last camera in back of pod, from 3:30 p.m. to 4:30 p.m.

**OBJECTION:** The Request is overly broad to the extent that the time frame requested is not tailored to the alleged incident at issue.

**RESPONSE:** Subject to and without waiving the above-stated Objection, there are no responsive records in the Defendants' possession, custody, or control.

Respectfully submitted,

J. HALL, J. JONES, J. FLEMING, J. MAYS, AND R. POTTER

By:     /s/ Timothy E. Davis
Timothy E. Davis, VSB #87448
Assistant Attorney General
Office of the Attorney General
Criminal Justice & Public Safety Division
202 North 9th Street
Richmond, Virginia 23219
(804) 225-4226
(804) 786-4239 (Fax)
Email: tdavis@oag.state.va.us

4

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of January, 2026, I mailed the foregoing, postage prepaid, to the following:

VDOC Centralized Mail Distribution Center
Me'Shaun Crocker, #1441347
3521 Woods Way
State Farm, VA 23160

                                                  /s/ Timothy E. Davis
                                            Timothy E. Davis, VSB #87448
                                            Assistant Attorney General