Case # Marshall Freeman v Major Hall et al
Case #: 7:24-cv-00910-TTC-JCH

I was transferred from Red Onion State Prison to Wallens Ridge State Prison 3/4/26. This is to notify the court if any documents need to be sent to me or if the court has to send any documents to me.

CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE, VA
FILED

MAR 09 2026

LAURA A. AUSTIN, CLERK
BY: /s/
DEPUTY CLERK

